**COMP**
LESLIE MARK STOVALL, ESQ
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
E-service: court@lesstovall.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT BARCELON, an individual,

    Plaintiff,

vs.

LANDFORCE CORPORATION individually; ALBERT LEON HARRIS, individually; DOES I-X; and ROES CORPORATIONS I-X, inclusive,

    Defendants.

CASE NO.:
DEPT. NO.:

**COMPLAINT**

COMES NOW, Plaintiff ROBERT BARCELON, by and through his attorneys, STOVALL & ASSOCIATES, and for his complaint against the Defendant allege and state as follows:

**PARTIES**

I

That Plaintiff ROBERT BARCELON is, and at all times mentioned herein was, a resident of Clark County, Nevada.

II

That Defendant LANDFORCE CORPORATION is, and at all times mentioned herein was, a California Corporation hauing it's principal place business at 17201 W. D Street, Victorville, CA.

III

That Defendant ALBERT LEON HARRIS is, and at all times mentioned herein was, a resident of California, and employed as a truck driver by defendant Landforce Corporation.

IV

That the identities and capacities of the defendants designated herein as Doe I – X or Roe Corporations I – X, are unknown to the plaintiff at this time, but are believed to be individuals, partnerships, companies and corporations who were the owners and/or operators of the 2009 International tractor trailer that on October 5, 2016 negligently collided with a 2009 Dodge Ram pickup truck operated by the plaintiff on Highway 70 at milepost 185 in Colorado.

V

That at all times mentioned herein, the named defendants, including but not limited to, Doe I – X and Roe Corporations I – X, are the agents, servants, employees or joint ventures of every other defendant named herein, and at all times mentioned herein were acting within the scope and courses of said agency, employment or joint venture with the knowledge and permission and consent of all other named defendants in the negligent operation of the 2009 International tractor trailer that on October 5, 2016 that negligently collided with a 2009 Dodge Ram Pickup Truck operated by plaintiff on Highway 70 at milepost 185 in Colorado.

**JURISDICTION**

VI

This court has jurisdiction over this action pursuant to 28 USC section 1332(a) and (b), in that, this case involves claims between citizens of different states and the amount in controversy is a sum in excess of $75,000.

VII

That venue is proper in the Nevada district pursuant to 28 USC 1391(b)(2), in that, a substantial part of the events giving rise to the claim occurred therein. Specifically,

A. The plaintiff suffered a spinal injury in a motor vehicle accident that occurred in Colorado.

B. The D efendant's liability is clear: The defendant lost control of a tractor trailer driving in snow/ice conditions and collided with plaintiffs vehicle.

C. The evidence of the plaintiff's damages is located in Nevada: Following the subject motor vehicle accident the plaintiff returned to Nevada where he has received all further medical treatment for the spinal injury, where all of his treating physicians and services provider are located, and where all experts that will provide opinions regarding the future prognosis, care, and treatment the plaintiff will require as a result of the injuries sustained in the subject motor vehicle accident are located.

D. The defendants are residents of California.

## STATEMENT OF FACTS

### VIII

That on October 5, 2016 the plaintiff was the operator/owner of a 2009 Dodge pickup truck, Nevada license plate number 322SZG, westbound on Highway 170 near mile post 185.

### IX

That on October 5, 2015 defendant Albert Leon Harris was the driver/operator of a 2009 International tractor trailer, California license plate number WP72301, owned by defendant Landforce Corporation.

### X

That on October 5, 2016 defendant Albert Leon Harris while driving the 2009 International tractor trailer westbound on Highway 70 near mile post 185, negligently lost control of the 2009 International tractor trailer and collided with the 2009 Dodge Pickup truck operated by the plaintiff.

### XI

That defendant Landforce Corporation authorized and permitted defendant Albert Leon Harris to operate and drive the 2009 International tractor trailer on October 5, 2009.

### XII

That defendant Albert Leon Harris operated the 2009 International tractor trailer as an agent, and within the scope of that agency, of defendant Landforce Corporation on October 5, 2016.

### XIII

That defendant Landforce Corporation negligently entrusted it's 2009 International tractor trailer to defendant Albert Leon Harris, and as a direct and proximate result thereof the plaintiff suffered injuries when defendant Albert Leon Harris negligently drove the 2009 International tractor trailer into the vehicle operated by the plaintiff.

### XIV

That as a direct and proximate result of the aforementioned negligence of the defendants, plaintiff sustained injuries to his neck, head, back, and bodily limbs, organs and systems, all or some of which conditions may be permanent and disabling and, all to the plaintiff's damages in a sum in excess of $75,000.

### XV

That as a direct and proximate result of the aforementioned negligence of the defendants, plaintiff did receive medical and other treatment for his injuries at a cost of approximately $76,000, and that said services, care and treatment are continuing and shall continue into the future at an estimated cost of $275,000, all to the plaintiff's damages in a sum in excess of $75,000.

### XVI

That the injuries complained of herein, diminish the plaintiff's ability and capacity to engage in activities to the same extent as prior to the accident which is the subject of this complaint, all to the plaintiff's damages in the sum in excess of $75,000.

### XVII

That the aforementioned negligence of the defendants has caused the plaintiff to engage

the services of an attorney, incurring attorneys fees and cost to bring this action, which plaintiffs seek to recover from the defendants.

WHEREFORE, plaintiffs expressly reserving the right to amend this complaint at the time of, or prior to trial, prays for judgment against the defendants as follows:

1. For general damages in a sum in excess of $75,000;

2. For special damages in a sum in excess of $75,000;

3. For attorney's fees and costs of suit incurred herein;

4. For interest at the statutory rate;

5. For such other and further relief as the court deems just and proper under the premises.

Dated this _____ day of August , 2018

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89102
*Attorneys for Plaintiff*