MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendants,
Landforce Corporation and
Albert Leon Harris, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARCELON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LANDFORCE CORPORATION individually; ALBERT LEON HARRIS, individually; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01493-GMN-CWH |

**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF DEFENDANT LANDFORCE CORPORATION [ECF 21] ALLOWING DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT [ECF 1]**

COME NOW Plaintiff ROBERT BARCELON by and through her attorney Leslie Mark Stovall, Esq. and Defendant LANDFORCE CORPORATION by and through its attorney Michael C. Mills, Esq. and hereby stipulate pursuant to Fed. R. Civ. P. 55(c) to

set aside the default taken against Defendant LANDFORCE CORPORATION filed on April 8, 2019 [ECF 21].

The parties agree that Defendant may have to and including May 3, 2019 to file its Answer Plaintiff's Complaint [ECF 1].

DATED this 23rd day of April 2019

STOVALL AND ASSOCIATES

/s/ Ross Moynihan

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada, 89102

Attorneys for Plaintiff,
Robert Barcelon

DATED this 23rd day of April 2019

BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

Attorneys for Defendants,
Landforce Corporation

## ORDER

IT IS SO ORDERED.

DATED April 24, 2019

_____
U.S. DISTRICT COURT JUDGE
U.S. DISTRICT COURT MAGISTRATE JUGE