MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendants,
Landforce Corporation and
Albert Leon Harris, Jr.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARCELON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LANDFORCE CORPORATION individually; ALBERT LEON HARRIS, individually; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01493-GMN-CWH |

## STIPULATION TO AMEND ANSWER

COME NOW Plaintiff Robert Barcelon, by and through his counsel of record Ross Moynihan of Leslie Stovall, Esq. of Stovall & Associates and Defendant Albert Leon Harris by and through his counsel of record Michael C. Mills, Esq. of the law firm

| | |
|---|---|
| 1 | of Bauman Loewe Witt & Maxwell, and hereby agree and stipulate that Defendant |
| 2 | Harris may file an Amended Answer to Plaintiff's Complaint. |

DATED this 26th day of April 2019     DATED this 26th day of April 2019

STOVALL AND ASSOCIATES              BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Ross Moynihan                   /s/ Michael C. Mills

LESLIE MARK STOVALL, ESQ.           MICHAEL C. MILLS, ESQ.
Nevada Bar No. 2566                 Nevada Bar No. 003534
ROSS MOYNIHAN, ESQ.                 3650 N. Rancho Dr., Ste. 114
Nevada Bar No. 11848                Las Vegas, NV 89130
2301 Palomino Lane                  Phone: 702-240-6060
Las Vegas, Nevada, 89102            Fax: 702-240-4267

Attorneys for Plaintiff,            Attorneys for Defendants,
Robert Barcelon                     Landforce Corporation

IT IS ORDERED that the parties' stipulation to amend answer (ECF No. 32) is GRANTED.  IT IS FURTHER ORDERED that defendant's motion for leave to amend answer (ECF No. 30) is DENIED as moot.

DATED: April 30, 2019

_____
United States Magistrate Judge

EXHIBIT "A"

EXHIBIT "A"

```
 1  MICHAEL C. MILLS, ESQ.
    Nevada Bar No. 003534
 2  BAUMAN LOEWE WITT & MAXWELL
    3650 N. Rancho Dr., Ste. 114
 3  Las Vegas, NV  89130
    Phone: 702-240-6060
 4  Fax: 702-240-4267
    Email: mmills@blwmlawfirm.com
 5
    Attorneys for Defendants,
 6  Landforce Corporation and
    Albert Leon Harris, Jr.
 7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROBERT BARCELON, an individual, | Case No.: 2:18-cv-01493-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | |
| LANDFORCE CORPORATION individually; ALBERT LEON HARRIS, individually; DOES I-X; and ROES CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### [PROPOSED] AMENDED ANSWER PLAINTIFFS COMPLAINT AND (JURY REQUEST)

COMES NOW Defendant Albert Leon Harris, by and through his counsel of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, PLLC., and hereby demands that all issues be presented to a jury, and admits, denies and otherwise files his Amended Answer to Plaintiff's Complaint as follows:

### PARTIES

1. Answering Paragraph 1 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris is without sufficient information upon which to base a belief as to the truth or falsity of the allegations contained therein and upon said ground denies the

DEFENDANT ALBERT LEON HARRIS AMENDED ANSWER TO PLAINTIFF'S COMPLAINT
- PAGE 1 OF 5 -

3290182v1

same.

2. Answering Paragraph 2 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits the allegations of this paragraph.

3. Answering Paragraph 3 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits the allegations of this paragraph.

4. Answering Paragraph 4 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

5. Answering Paragraph 5 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

## JURISICTION

6. Answering Paragraph 6 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits the allegations of this paragraph.

7. Answering Paragraph 7 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits proper venue is Nevada. This answering Defendant Albert Leon Harris denies the remainder of the allegations of this paragraph.

## STATEMENT OF FACTS

8. Answering Paragraph 8 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris is without sufficient information upon which to base a belief as to the truth or falsity of the allegations contained therein and upon said ground denies same.

9. Answering Paragraph 9 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

10. Answering Paragraph 10 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

11. Answering Paragraph 11 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits the allegations of this paragraph.

12. Answering Paragraph 12 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris admits the allegations of this paragraph.

13. Answering Paragraph 13 of Plaintiff's Complaint, this answering

DEFENDANT ALBERT LEON HARRIS AMENDED ANSWER TO PLAINTIFF'S COMPLAINT
- PAGE 2 OF 5 -
3290182v1

Defendant Albert Leon Harris denies the allegations of this paragraph.

14. Answering Paragraph 14 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

15. Answering Paragraph 15 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

16. Answering Paragraph 16 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

17. Answering Paragraph 17 of Plaintiff's Complaint, this answering Defendant Albert Leon Harris denies the allegations of this paragraph.

## CONCLUDING ANSWER TO ALL ALLEGATIONS

All allegations not specifically addressed above due to the nature of the language and construction of the allegations, or for any other reason, are specifically denied.

## AFFIRMATIVE DEFENSES

FIRST: That it has been necessary for this answering Defendant Albert Leon Harris to employ the services of Bauman Loewe Witt & Maxwell, PLLC to defend this action, and a reasonable sum should be allowed this answering Defendant as and for attorney's fees, together with costs expended in this action.

SECOND: Defendant Albert Leon Harris alleges that the incident alleged in the Complaint, and the alleged damages and injuries, if any, to Plaintiff were proximately caused or contributed to by Plaintiff's own negligence and such negligence was greater than any of the Defendants negligence.

THIRD: Defendant Albert Leon Harris alleges that at the time and place alleged in the Complaint, Plaintiff did not exercise ordinary care, caution, or prudence in the premises to avoid said accident and the resulting injuries, if any, complained of were directly and proximately contributed to and caused by fault, carelessness, and negligence of Plaintiff.

///

///

1     <u>FOURTH:</u>    Defendant Albert Leon Harris alleges that Plaintiff has failed, in whole or in part, to mitigate his alleged damages.

    <u>FIFTH:</u>    Defendant Albert Leon Harris alleges that the allegations contained in Plaintiff's Complaint fails to state a cause of action against Defendant upon which relief can be granted.

    <u>SIXTH:</u>    Defendant Albert Leon Harris alleges that he has no fault in the subject accident.

    <u>SEVENTH:</u>    Defendant Albert Leon Harris alleges that Plaintiffs cause of action as set forth in the Complaint is barred by the Statute of Limitations as contained in Chapter 11 of the Nevada Revised Statutes.

    <u>EIGHTH:</u>    Defendant Albert Leon Harris alleges that Defendants actions were reasonable under the circumstances of the sudden emergency that they faced.

    <u>NINTH:</u>    Defendant Albert Leon Harris alleges that the damages and injuries sustained by Plaintiff; as alleged in his Complaint herein, if any, were the result of an unavoidable accident.

    <u>TENTH:</u>    Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of this answering Defendant Albert Leon Harris's Answer, and therefore, this answering Defendant Albert Leon Harris reserves the right to amend their Answer to allege additional Affirmative Defenses if subsequent investigation so warrants.

WHEREFORE, this answering Defendant Albert Leon Harris hereby prays for judgment as follows:

    1.    That Plaintiff take nothing by reason of the Complaint on file herein;

    2.    That this answering Defendant Albert Leon Harris be awarded reasonable attorney's fees and costs for the defense of this matter;

///

| | |
|---|---|
| 1 | 3. For such other and further relief as the Court deems just and proper. |
| 2 | Dated this 26th day of April 2019. |

BAUMAN LOEWE WITT & MAXWELL, PLLC.

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants,
Landforce Corporation and
Albert Leon Harris, Jr.

3290182v1