LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT BARCELON, an individual )
                                           )
             Plaintiff, )
vs. )
                                           )
LANDFORCE CORPORATION )
Individually; ALBERT LEON HARRIS, )
Individually; DOES I-X and ROE )
CORPORATIONS I-X, inclusive, )
                                           )
             Defendants. )
_____ )

Case no.: 2:18-cv-01493-GMN-DJA

### **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' THREE MOTIONS FILED WITH THE COURT AS DOCUMENTS 45, 46 AND 47**
**(First Request)**

COMES NOW Plaintiff, by and through his attorneys, STOVALL & ASSOCIATES, and hereby files his Motion to Extend Time to respond to Defendants' three motions filed on December 23, 2019 as documents 45, 46, and 47 from January 6, 2020 to January 13, 2020, specifically:

1.     Defendants Motion to Extend the Current Discovery Deadlines Pursuant to LR IA 6-1 and LR II 26-4 (Fifth Request) (Doc# 45);

2. Motion to Compel Discovery Pursuant to FED R CIV P 37 (A) (4) and Local Rule 26-7 or in the Alternative Motion to Strike Plaintiff's Designation of Expert Chris Reyes (Doc#46); and

3. Motion to Compel Discovery Pursuant to FED R CIV P 37 (A) (4) and Local Rule 26-7 or in the Alternative Motion to Strike Plaintiff's Designation of Expert Chris Reyes (Doc#47).

This motion is based upon the pleadings and papers on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument this Court may entertain at the hearing of this Motion.

Dated this 6th day of January, 2020.

STOVALL & ASSOCIATES

/s/ Ross Moynihan

ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

## DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS

ROSS MOYNIHAN, declares and states as follows:

1. I am an associate attorney at the Law Office of Stovall & Associates, counsel for Plaintiff, and am licensed to practice law in the State of Nevada.

2. On December 23, 2019, defendants' filed three motions with oppositions due on January 6, 2020.

3. On January 6, 2020, my office contacted defendants' counsel, Mr. Mills, who agreed to provide plaintiff's counsel with a one week extension to January 13, 2020 to file oppositions to the motions.

4. Plaintiff's need for the extension is related to family commitments over the holiday season that prevented plaintiff's counsel from being able to devote sufficient time to the responses.

5. This motion is not made for the purposes of fraud or delay.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of January, 2020.

*/s/ Ross Moynihan*
ROSS MOYNIHAN, ESQ.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**ARGUMENT**

FRCP 6(b) states:

(b) Extending Time.
(1) In General.
When an act may or must be done within a specific time. The court may, for good cause, extend the time:
    (A) with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or
    (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

(a) A motion or stipulation to extend dime must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.
...

(c) A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion , must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

Based upon the declaration of counsel, good cause exists for the extension of plaintiffs' time from January 6, 2020 to January 13, 2020.

## II.

## CONCLUSION

For the above and foregoing reasons, Plaintiff's Motion to Extend Time should be granted and plaintiff's time to respond to the defendants' motions be extended from January 6, 2020 to January 13, 2020.

Dated this 6th day of January, 2020.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

Given the representation that the extension request is unopposed and the good cause appearing therein, IT IS SO ORDERED.

DATED: January 7, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE