LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT BARCELON, an individual )
)  Case no.: 2:18-cv-01493-GMN-DJA
        Plaintiff, )
)
  vs. )
)
LANDFORCE CORPORATION )
Individually; ALBERT LEON HARRIS, )
Individually; DOES I-X and ROE )
CORPORATIONS I-X, inclusive, )
)
        Defendants. )
_____ )

### STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' THREE MOTIONS FILED WITH THE COURT AS DOCUMENTS 45, 46 AND 47
### (Second Request)

It is hereby stipulated and agreed by and between the parties through their respective counsel that plaintiff's time to file responses to defendant's three motions filed on December 23, 2019 as documents 45, 46, and 47 **be extended from January 13, 2020 to January 21, 2020**, specifically:

    1.    Defendants Motion to Extend the Current Discovery Deadlines Pursuant to LR IA 6-1 and LR II 26-4 (Fifth Request) (Doc# 45);

2. Motion to Compel Discovery Pursuant to FED R CIV P 37 (A) (4) and Local Rule 26-7 or in the Alternative Motion to Strike Plaintiff's Designation of Expert Chris Reyes (Doc#46); and

3. Motion to Compel Discovery Pursuant to FED R CIV P 37 (A) (4) and Local Rule 26-7 or in the Alternative Motion to Strike Plaintiff's Designation of Expert Chris Reyes (Doc#47).

This stipulation is entered into at the plaintiff's request based upon the plaintiff's counsel's current trial schedule and the related inability to complete responses by the current January 13, 2020 due date.

| | |
|---|---|
| DATED this 13th day of January, 2020 | DATED this 13th day of January, 2020 |
| STOVALL AND ASSOCIATES | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ Ross Moynihan | /s/ Michael Mills |
| LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada, 89102<br>*Attorneys for Plaintiff, Robert Barcelon* | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>*Attorneys for Defendants,*<br>*Landforce Corporation* |

**ORDER**

Based upon the stipulation of the parties and for good cause appearing,

**IT IS SO ORDERED.**

DATED this 15th day of January, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge