LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARCELON, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LANDFORCE CORPORATION )<br>Individually; ALBERT LEON HARRIS, )<br>Individually; DOES I-X and ROE )<br>CORPORATIONS I-X, inclusive, )<br>)<br>Defendants. )<br>_____) | Case no.: 2:18-cv-01493-GMN-DJA |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME
TO RESPOND TO DEFENDANTS' FOUR MOTIONS
FILED WITH THE COURT AS DOCUMENTS 68, 69, 70, 71
(Second Request)**

COMES NOW plaintiff, by and through his attorney, Ross Moynihan, Esq. of the law office of Stovall & Associates, and defendants Landforce Corporation and Albert Leon Harris, by and through their counsel of record Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell and hereby enter into the following stipulation regarding the defendants' four motions filed on April 16, 2020 as documents 68, 69, 70, 71. Plaintiff's original response filing date was April 30, 2020. This is the second request for an extension of plaintiff's time to respond to these motions, the first was made by unopposed motion filed by plaintiff's counsel on April

30, 2020 as document 73, and requested an extension of time from April 30, 2020 to Monday May 4, 2020. The unopposed motion was granted by the court on May 1, 2020 (document 74). Plaintiff requires an additional period of time to respond to the motions and upon plaintiff's request, defendant has agreed to the additional extension.  As a result, it is hereby

**STIPULATED AND AGREED** that plaintiff's time to respond to the defendants' four motions filed on April 16, 2020 as documents 68, 69, 70, and 71 be extended from May 4, 2020 to May 11, 2020.

| Dated this 4th day of May, 2020 | Dated this 4th day of May, 2020 |
|---|---|
| STOVALL & ASSOCIATES | Bauman Loewe Witt & Maxwell, PLLC |
| /s/ Ross Moynihan | /s/ Michael C. Mills |
| ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>Attorneys for Plaintiff | Michael C. Mills, Esq.<br>Nevada Bar No. 3534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Attorney for Defendants |

**ORDER**

NOW THEREFORE, based upon the above stipulation of the parties and for good cause appearing, it is hereby

**ORDERED** that plaintiff's time to respond to the defendants' four motions filed on April 16, 2020 as documents 68, 69, 70, and 71 be extended from May 4, 2020 to May 11, 2020.

**IT IS SO ORDERED**

DATED this 5th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE