LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARCELON, an individual | ) |
| | ) Case no.: 2:18-cv-01493-GMN-DJA |
| Plaintiff, | ) |
| Vs. | ) |
| | ) |
| LANDFORCE CORPORATION | ) |
| Individually; ALBERT LEON HARRIS, | ) |
| Individually; DOES I-X and ROE | ) |
| CORPORATIONS I-X, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' FOUR MOTIONS FILED WITH THE COURT AS DOCUMENTS 68, 69, 70, 71**
**(Third Request)**

COMES NOW Plaintiff, by and through his attorneys, STOVALL & ASSOCIATES, and hereby files unopposed motion to Extend Time to respond to Defendants' four motions filed on April 16, 2020 as documents 68, 69, 70, 71 from May 11, 2020 to May 12, 2020.

/ / /

/ / /

/ / /

This motion is based upon the pleadings and papers on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument this Court may entertain at the hearing of this Motion.

Dated this 11th day of May 2020.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS**

ROSS MOYNIHAN, declares and states as follows:

1. I am an attorney at the Law Office of Stovall & Associates, counsel for Plaintiff, and am licensed to practice law in the State of Nevada.

2. On April 16, 2020 defendants filed four motions with oppositions due on April 30, 2020.

3. Plaintiff requested two extensions of time to respond to the motions, the first from April 30 to May 4, 2020 and the second from May 4 to May 11, 2020.

4. Both extensions were agreed to by the defendants and were then ordered by the court.

5. Plaintiff requires an additional day to May 12, 2020 to complete the oppositions.

6.      The oppositions have required plaintiff's counsel to review all the authorizations for records that plaintiff has provided to the defendants, requests that the defendants have made for authorizations, subpoenas that defendants have served, the extensive records that the defendants have received in response to their subpoenas, objections that plaintiff has made to the defendants' subpoenas, and other documents. This work has taken a considerable amount of time and was delayed due to a pandemic-related office staff reduction.

7.      Plaintiff did not have the opportunity to contact defendants' counsel to request this additional one day extension prior to the filing of this motion.

8.      This motion is not made for the purposes of fraud or delay.

9.      I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of May 2020.

                                                 /s/ Ross Moynihan
                                                ROSS MOYNIHAN, ESQ.

**MEMORANDUM OF POINTS AND AUTHORITIES**

FRCP 6(b) states:

(b) Extending Time.
(1) In General.
When an act may or must be done within a specific time. The court may, for good cause, extend the time:
    (A)    with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or
    (B)    on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

(a)    A motion or stipulation to extend dime must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.
...

(c)    A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion , must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

Based upon the declaration of counsel, good cause exists for the extension of plaintiffs' time from May 11, 2020 to May 12, 2020 to respond to the defendant's motions filed as documents 68, 69, 70, 71 and plaintiff requests that the court grant this unopposed motion.

Dated this 11th day of May 2020.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED: May 12, 2020

_____
Daniel J. Albregts
United States Magistrate Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of May 2020, service of the foregoing Plaintiff's Motion to Extend Time was made this date through the court's electronic filing system to the following:

Bauman Loewe Witt & Maxwell, PLLC
Michael C. Mills, Esq.
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
*Attorney for Defendant Albert Harris*

/s/ Ross Moynihan
An employee of STOVALL & ASSOCIATES
