MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendants,
Landforce Corporation and
Albert Leon Harris, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARCELON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LANDFORCE CORPORATION individually; ALBERT LEON HARRIS, individually; DOES I-X; and ROES CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-01493-GMN-DJA |

**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFFS' FOUR OPPOSITIONS [ECF 78 AND ECF 79] TO DEFENDANT'S MOTIONS [ECF 68 - ECF 71]**

**(FIRST REQUEST)**

COMES NOW, Plaintiff Robert Barcelon, by and through his counsel of record Ross Moynihan, Esq. of Leslie Stovall, Esq. of Stovall & Associates and Defendants Landforce Corporation and Albert Leon Harris, by and through their counsel of record, Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell, hereby stipulate that Defendant's may have an extension of time in which to file their Reply to Plaintiff's

Oppositions ECF 78 and ECF 79 to Defendant's Motions [ECF 68 – ECF 71] up to and including May 26, 2020.

Approved as to form and content:

| | |
|---|---|
| DATED this 19th day of May 2020 | DATED this 19th day of May 2020 |
| STOVALL AND ASSOCIATES | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ Ross Moynihan | /s/ Michael C. Mills |
| ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada, 89102<br>Phone: 702-258-3030<br>Fax: 702-258-0093<br>Attorneys for Plaintiff,<br>Robert Barcelon | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendants,<br>Landforce Corporation and<br>Albert Leon Harris, Jr. |

## ORDER

IT IS SO ORDERED.

DATED this 20th day of May, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge