1   LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2   ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
3   STOVALL & ASSOCIATES
2301 Palomino Lane
4   Las Vegas, NV 89107
Telephone: (702) 258-3034
5   E-service: court@lesstovall.com
Attorney for Plaintiff

6

UNITED STATES DISTRICT COURT
7
DISTRICT OF NEVADA
8

9   ROBERT BARCELON, an individual          )
)          Case no.: 2:18-cv-01493-GMN-DJA
Plaintiff,          )
10       vs.                                      )
)
11   LANDFORCE CORPORATION               )
Individually; ALBERT LEON HARRIS,   )
12   Individually; DOES I-X and ROE        )
CORPORATIONS I-X, inclusive,          )
13                                                )
Defendants.          )
14   _____)

15       **STIPULATION AND ORDER REGARDING DEFNDANTS LANDFORCE**
**CORPORATION AND ALBERT LEON HARRIS' MOTION FOR PARTIAL**
16   **SUMMARY JUDGMENT REGARDING PLAINTIFF'S CAUSE OF ACTION FOR**
**NEGLIGENT ENTRUSTMENT (ECF 64)**
17

COMES NOW plaintiff, by and through his attorney, Ross Moynihan of the law office of
18
Stovall & Associates, and defendants Landforce Corporation and Albert Leon Harris, by and
19
through their counsel of record Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt &
20
Maxwell and hereby enter into the following stipulation regarding the defendants' Motion for
21
Partial Summary Judgment filed with the court on March 18, 2020. ECF 64.
22
IT IS HEREBY STIPULATED AND AGREED that pursuant to *Ferrer v. Okbamicael*,
23
390 P.3d 836 (Colo. 2017), since defendant Landforce admits that it is vicariously liable for the
24

negligence, if any, of its employee defendant Harris in performing tasks in the course and scope

of his employment at the time of the accident at issue in this case, plaintiff's claim for negligent

entrustment is moot and should be dismissed.

IT IS FURTHER STIPULATED AND AGREED that with the issues of the defendants'

motion for partial summary judgment resolved by this stipulation, the motion is withdrawn and

should now be vacated as moot.

Dated this 8th day of June, 2020                    Dated this 8th day of June, 2020

STOVALL & ASSOCIATES                        Bauman Loewe Witt & Maxwell, PLLC

*/s/ Ross Moynihan*                                   */s/ Michael C. Mills, Esq.*

_____          _____
ROSS MOYNIHAN, ESQ.                       Michael C. Mills, Esq.
Nevada Bar No. 11848                         Nevada Bar No. 3534
2301 Palomino Lane                            3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89107                          Las Vegas, NV 89130
Attorneys for Plaintiff                           Attorney for Defendants

### ORDER

NOW THEREFORE, based upon the above stipulation of the parties and for good cause

appearing,

**IT IS HEREBY ORDERED ORDERED** that Plaintiff's  negligent entrustment claim

should be dismissed as moot pursuant to *Ferrer v. Okbamicael*, 390 P.3d 836 (Colo. 2017);

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary

Judgment, (ECF No. 64), is **DENIED as moot.**

 **IT IS SO ORDERED**

 Dated this __9__ day of June, 2020

_____
Gloria M. Navarro, District Judge
United States District Court